**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY GATZAS and RULA GATZAS, | Case No.: CV 11-553 DSF (JCGx) |
| Plaintiffs, | |
| vs. | JUDGMENT |
| WELLS FARGO BANK, N.A., etc. and DOES 1-50, inclusive, | |
| Defendants. | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the case be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed, and that defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 6/7/11

_____
Dale S. Fischer
United States District Judge